IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODNEY MCCUTCHEON,

    Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1917

Opinion filed December 11, 2014.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Rodney McCutcheon, pro se, Appellant.

Sarah J. Rumph, General Counsel, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

BENTON, CLARK, and ROWE, JJ., CONCUR.